UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the Matter of an Ex Parte Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782, by<br><br>ONTARIO SECURITIES COMMISSION<br><br>In support of legal proceedings before the Ontario Securities Commission. | Case No.: 23mc91514-PBS |

## ORDER GRANTING EX PARTE APPLICATION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782

This matter is before the Court on the Ex Parte Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782 filed by the Ontario Securities Commission. The Court having considered the Application and associated filings, ORDERS and ADJUDGES the following:

1.  The Application is Granted.

2.  The Clerk shall issue a subpoena to Rishi Gautam directing him to appear for testimony in the case, *In the Matter of Bridging Finance Inc., David Sharpe, Natasha Sharpe and Andrew Mushore*, CMT File No. 2022-9, currently pending before the Capital Markets Tribunal (CMT), via a video and audio link permitting the Commissioners, counsel for the Commission, and counsel for the Respondents to participate. Prior to the issuance of the subpoena, Applicant shall notify the Clerk of the date, location in this District, and time of the testimony.

3.  Mr. Gautam may have counsel present at the deposition.

4.  Mr. Gautam may be examined by counsel for the Commission and cross-examined by counsel for the Respondents in the CMT Proceedings on any fact or subject matter relevant to the CMT Proceedings, subject to any applicable privilege.

5. For any such testimony, the taking shall be conducted in accordance with the law of evidence and the practice and procedure of the province of Ontario and the Commissions issued by this court, including without limitation the Ontario *Rules of Civil Procedure*.

6. A copy of this Order and the Letter of Request from the Ontario Superior Court shall be served with the subpoena.

SO ORDERED, this __20th__ th day of __SEPTEMBER__, 2023.

/s/ PATTI B. SARIS
_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE