UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the Matter of an Ex Parte Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782, by<br><br>ONTARIO SECURITIES COMMISSION<br><br>In support of legal proceedings before the Ontario Securities Commission. | Case No.: 23-mc-91514-PBS |

**PETITIONER'S UNOPPOSED MOTION TO CHANGE DATE FOR HEARING ON RISHI GAUTAM'S MOTION TO VACATE ORDER AND QUASH SUBPOENA**

The Ontario Securities Commission ("Commission") files this Motion to Change Date for Hearing on Rishi Gautam's Motion to Vacate Order and Quash Subpoena ("Motion to Vacate") requesting that this Court move the hearing date, currently scheduled for November 28, 2023, forward to one of the proposed dates below. In support of its Motion, the Commission states the following:

1. On October 26, 2023, the Court set the hearing on the Motion to Vacate for November 28, 2023, at 2:30 p.m, by video conference.

2. Subject to rebuttal witnesses, Mr. Gautam is the Commission's last witness. The Commission cannot know whether Mr. Gautam will testify until this Court decides the Motion to Vacate. Until that decision, the Commission will not rest its case in chief and Respondents in the CMT Proceedings cannot present their evidence.

3. The CMT Proceedings in Ontario are set to resume on December 4, 2023.

4.      Given the close proximity of the scheduled hearing and the resumption of the CMT Proceedings, it is possible that the parties may not know whether Mr. Gautam will be ordered to testify until after the resumption of the CMT Proceedings.

5.      The parties in the above-captioned matter have conferred on proposed dates for the hearing.

6.      For the week of November 6, the parties are available the following dates: November 6, 7, 9, and 10.

7.      For the week of November 13, the parties are available the following dates: November 16 and 17.

**WHEREFOR**, the Ontario Securities Commission respectfully requests that the Court reassign the hearing date to any of the above-proposed dates.

Respectfully submitted,

ONTARIO SECURITIES COMMISSION,

By its attorneys,

/s/ William A. Haddad
William A. Haddad (BBO No. 659829)
whaddad@pasqfinklaw.com
Pasquarello Fink Haddad LLC
185 Devonshire Street, 3d Floor
Boston, MA 02110
(617) 963-0037

Dated: October 30, 2023

**Local Rule 7.2 Certification**

I certify that, on October 30, 2023, I conferred with counsel for Rishi Gautam ("Counsel"). Counsel informed me that his client does not oppose this Motion.

/s/ William A. Haddad
William A. Haddad (BBO No. 659829)

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court of Massachusetts by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ William A. Haddad
William A. Haddad (BBO No. 659829)