UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the Matter of an Ex Parte Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782, by<br><br>ONTARIO SECURITIES COMMISSION<br><br>In support of legal proceedings before the Capital Markets Tribunal. | Case No.: 23-mc-91514-PBS |

## NOTICE OF APPEARANCE

Please enter the appearance of Adam B. Michaels, from the law firm Hand Baldachin & Associates, LLP, as counsel for Rishi Gautam in the above-captioned matter.

Dated:  November 6, 2023

Respectfully submitted,

Rishi Gautam

By his attorney,

/s/ Adam B. Michaels
  Adam B. Michaels (admitted *pro hac vice*)
**HAND BALDACHIN & ASSOCIATES LLP**
1740 Broadway, 15th Floor
New York, NY 10019
Tel: (212) 956-9508
Fax: (212) 376-6080
amichaels@hballp.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 6, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court of Massachusetts by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                 /s/ Adam B. Michaels
                                                 Adam B. Michaels (admitted *pro hac vice*)